COMMONWEALTH of Pennsylvania,
Respondent

v.

Lorenzo COMPTON, Petitioner

No. 288 EAL 2016

Supreme Court of Pennsylvania.

December 21, 2016

## ORDER

PER CURIAM

**AND NOW**, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

## ORDER

PER CURIAM

**AND NOW**, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Marvin O. JOHNSON, Petitioner

No. 264 EAL 2016

Supreme Court of Pennsylvania.

December 21, 2016

## ORDER

PER CURIAM

**AND NOW**, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Josue RODRIGUEZ, Petitioner

No. 231 EAL 2016

Supreme Court of Pennsylvania.

December 21, 2016

COMMONWEALTH of Pennsylvania,
Respondent

v.

Durwin GODWIN, Petitioner

No. 254 EAL 2016

Supreme Court of Pennsylvania.

December 21, 2016